# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144186

ALEX A. LEMERAND,
      Plaintiff-Appellant,

v

      SC: 144186
      COA: 298637
      Court of Claims: 09-000067-MZ

UNIVERSITY OF MICHIGAN REGENTS,
      Defendant-Appellee.

_____

      By order of April 23, 2012, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals was held in abeyance pending the decision in *McCahan v Brennan* (Docket No. 142765). On order of the Court, the case having been decided on August 20, 2012, 492 Mich 730 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

_____    _____
s1128                              Clerk